JS-6

1   ANDRÉ BIROTTE JR.
    United States Attorney
2   LEON W. WEIDMAN
    Assistant United States Attorney
3   Chief, Civil Division
    ALARICE M. MEDRANO (State Bar No. 166730)
4   Assistant United States Attorney
        Federal Building, Suite 7516
5       300 North Los Angeles Street
        Los Angeles, California 90012
6       Telephone:    (213) 894-0460
        Facsimile:    (213) 894-7819
7       E-mail:       Alarice.Medrano@usdoj.gov

8   Attorneys for Defendant, Penny Pritzker,
    Secretary, Department of Commerce
9

10              UNITED STATES DISTRICT COURT

11         FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                    WESTERN DIVISION

13

14   MARIA R. DUPRAS,                    No. CV 12-5387 DMG (Ex)

15              Plaintiff,               ORDER DISMISSING ACTION WITH
                                         PREJUDICE [34]
16

17              v.

18   PENNY PRITZKER, SECRETARY,
     DEPARTMENT OF COMMERCE,
19

20              Defendant.

21

22

23

24

25

26

27

28

The parties having filed a Stipulation for Compromise Settlement and Dismissal,

IT IS HEREBY ORDERED:

1. Plaintiff's action is dismissed with prejudice in its entirety;

2. Each party shall bear their own costs of suit and fees; and

3. The Court retains jurisdiction pending payment of the settlement

DATED:   April 2, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ Alarice M. Medrano
_____
ALARICE M. MEDRANO
Assistant United States Attorney

Attorneys for Defendant,
Penny Pritzker, Secretary,
Department of Commerce

-1-